December 31, 1914.) Action by Ellen McGuire, as administratrix, against the Interboro Rapid Transit Company. B. H. Ames, of New York City, for appellant. D. R. Almy, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

McLAUGHLIN, Respondent, v. McLAUGHLIN, Appellant, et al. (Supreme Court, Appellate Division, First Department. November 27, 1914.) Action by William W. McLaughlin, Jr., against Violetta McLaughlin, impleaded with others. W. J. Carlin, of New York City, for appellant. J. A. Hodge, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 149 N. Y. Supp. 1095.

McNEILLY, Respondent, v. LACKAWANNA BRIDGE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 11, 1914.) Action by Samuel D. McNeilly against the Lackawanna Bridge Company.
PER CURIAM. Judgment and order affirmed, with costs.
LAMBERT, J., dissents, upon the ground that the plaintiff failed to establish actionable negligence against the defendant and that the plaintiff assumed the risk and was guilty of contributory negligence as matter of law.

McWHIRTER, Appellant, v. BOWEN, Respondent. (Supreme Court, Appellate Division, First Department. November 20, 1914.) Action by William H. McWhirter against Abner T. Bowen. J. M. Fisk, of New York City, for appellant. H. B. Johnson, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

MACALUSO v. DEGNON CONTRACTING CO. (Supreme Court, Appellate Division, First Department. December 24, 1914.) Action by Salvatore Macaluso against the Degnon Contracting Company. No opinion. Application denied, with $10 costs. Order signed.

MACK, Respondent, v. ASTORIA VENEER MILLS & DOCK CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 27, 1914.) Action by Daniel Mack against the Astoria Veneer Mills & Dock Company. No opinion. Judgment and order of the County Court of Queens County reversed, and new trial ordered, costs to abide the event, on the ground that the evidence failed to establish the negligence of defendant.

MAGEE, Appellant, v. BEACH et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. November 18, 1914.) Action by Edyth I. Magee, as administratrix, etc., against Calvin Burr Beach and others. No opinion. Order (87 Misc. Rep. 18, 149 N. Y. Supp. 933) affirmed, with $10 costs and disbursements.

In re MAGINNIS. (Supreme Court, Appellate Division First Department. December 11, 1914.) In the matter of William H. Maginnis. No opinion. Respondent disbarred. Settle order on notice.

MALLIETT, Appellant, v. PRATT, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 25, 1914.) Action by Alphonse V. Malliett against L. H. Pratt.
PER CURIAM. Judgment reversed, and new trial granted, with costs to appellant to abide event. Held, that the evidence was sufficient to present for the consideration of the jury the question whether or not the defendant aided and abetted in the wrongful detention and imprisonment of the plaintiff.

MALLON, Respondent, v. RICHARD H. THOMAS, Inc., Appellant. (Supreme Court, Appellate Division, Second Department. November 27, 1914.) Action by Eugene Mallon against Richard H. Thomas, Incorporated. No opinion. Judgment and order unanimously affirmed, with costs.

MALMAN, Respondent, v. BABCOCK & WILCOX CO., Appellant. (Supreme Court, Appellate Division, First Department. December 18, 1914.) Action by Adolf Malman against the Babcock & Wilcox Company. E. J. Redington, of New York City, for appellant. S. J. Block, of New York City, for respondent. No opinion. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, on the ground that the evidence does not sustain the finding that the defendant was negligent. Settle order on notice.

MALONE, Appellant, v. INDIAN REFINING CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. December 2, 1914.) Action by William Malone against the Indian Refining Company. No opinion. Judgment affirmed, with costs.

MANDELSTAMM v. ABE BRILL CO. (Supreme Court, Appellate Division, First Department. December 31, 1914.) Action by Leo Mandelstamm against Abe Brill Company. No opinion. Application denied, with $10 costs. Order signed.

MANNUZZA v. L. MUNDET & SON, Inc. (Supreme Court, Appellate Division, First Department. December 24, 1914.) Action by Cristoforo Mannuzza against L. Mundet & Son, Incorporated. No opinion. Motion denied, with $10 costs. Order filed.

MARCHEWKA, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 2, 1914.) Action by John Marchewka, as administrator, etc., against the International Railway Company. No opinion. Judgment and order affirmed, with costs.

MARCUS et al. v. FIDELITY & DEPOSIT CO. OF MARYLAND. (Supreme Court, Appellate Division, First Department. December